CASE NO.______

JEFFERSON CIRCUIT COURT
DIVISION: ___________
JUDGE:
***ELECTRONICALLY FILED***

ANN RAYMER
3537 E. Blue Lick Rd.
Louisville, KY 40229

PLAINTIFFS

-and-

TERRY RAYMER
3537 E. Blue Lick Rd.
Louisville, KY 40229

vs.

**COMPLAINT**

CVS PHARMACY, INC.
One CVS Dr.
Woonsocket, RI 02895
**SERVE:** CT Corporation System
306 W. Main St.
Suite 512
Frankfort, KY 40601

DEFENDANTS

-and-

KENTUCKY CVS PHARMACY, L.L.C.
One CVS Dr.
Woonsocket, RI 02895
**SERVE:** CT Corporation System
306 W. Main St.
Suite 512
Frankfort, KY 40601

-and-

CVS HEALTH SOLUTIONS LLC
1 CVS Dr.
Woonsocket, RI 02895
**SERVE:** CT Corporation System
306 W. Main St., Ste. 512
Frankfort, KY 40601

* * * * * * *

**EXHIBIT A**

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000001 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000001 of 000012

Come now the Plaintiffs, Ann Raymer and Terry Raymer, by and through counsel, and for their cause of action against the Defendants, CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC, jointly and severally, state as follows:

**1.**

At all times relevant hereto, Ann Raymer and Terry Raymer, were residents of Jefferson County, Kentucky.

**2.**

At all times herein mentioned, Defendant CVS Pharmacy, Inc., was and is a foreign corporation with its principal place of business located at One CVS Dr., Woonsocket, Rhode Island 02895, doing business in the Commonwealth of Kentucky, and subject to the jurisdiction of this Court. The agent for service of process is CT Corporation System, 306 W. Main St., Suite 512, Frankfort, KY 40601.

**3.**

At all times herein mentioned, Defendant Kentucky CVS Pharmacy, L.L.C, was and is a Kentucky limited liability company with its principal place of business located at One CVS Dr., Woonsocket, Rhode Island 02895, doing business in the Commonwealth of Kentucky, and subject to the jurisdiction of this Court. The agent for service of process is CT Corporation System, 306 W. Main St., Suite 512, Frankfort, KY 40601.

**4.**

At all times herein mentioned, Defendant CVS Health Solutions LLC was and is a foreign corporation with its principal place of business located at 1 CVS Dr., Woonsocket, Rhode Island 02895, doing business in the Commonwealth of Kentucky, and subject to the jurisdiction of this Court. The agent for service of process is CT Corporation System, 306 W. Main St., Ste. 512,

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000002 of 000021

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000002 of 000012

Frankfort, KY 40601.

**5.**

This Court has jurisdiction over all Defendants because Defendants CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC, do business in the Commonwealth of Kentucky, including the operation of the physical CVS pharmacy location at 5121 Antle Drive, Louisville, KY 40229 (CVS Store #06206) where the events that are the subject of this Complaint occurred, and by doing so, have purposefully availed themselves of the laws of Kentucky.

**6.**

On or about July 14, 2021, Ann Raymer (also referred to as "Ms. Raymer" or "Plaintiff") underwent a vitrectomy procedure on her right eye.

**7.**

On or about July 15, 2021 at a scheduled postoperative follow-up, and continuing multiple dates thereafter, Ms. Raymer was prescribed Maxitrol drops for immediate use in her right eye, three times a day, by her treating physician.

**8.**

Ms. Raymer's prescription for Maxitrol (also referred to as neomycin, polymyxin B, dexamethasone) was not timely filled by the Defendants CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC.

**9.**

Ms. Raymer made attempts to have the prescription for Maxitrol (also referred to as neomycin, polymyxin B, dexamethasone) filled as quickly as possible but the Defendants CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC, carelessly

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000003 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000003 of 000012

delayed in filling Ms. Raymer's prescription as requested.

**10.**

Ms. Raymer's prescription for Maxitrol (also referred to as neomycin, polymyxin B, dexamethasone) was eventually filled on July 17, 2021, according to the Defendants CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC's records.

**11.**

Despite starting the Maxitrol (also referred to as neomycin, polymyxin B, dexamethasone) on July 17, 2021, Ms. Raymer's right eye had already begun exhibiting aching, worsening pain, and decreased vision as she awaited receipt of her prescription from the Defendants CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC.

**12.**

Ms. Raymer was subsequently treated and examined for acute purulent endophthalmitis in her right eye.

**13.**

Multiple attempts by Ms. Raymer's treating physicians to improve her vision and/or salvage her right eye ultimately proved unsuccessful and Ms. Raymer's right eye was eventually removed on December 28, 2021.

**14.**

Defendant CVS Pharmacy, Inc., holds itself out to the public as a provider of health care services, including but not limited to pharmaceutical care, through the pharmacists and pharmacy technicians on its staff, as well as its agents, servants, employees, and ostensible agents.

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000004 of 000021

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000004 of 000012

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

**15.**

On or about July 15, 2021, and continuing multiple dates thereafter, Defendant CVS Pharmacy, Inc., by and through its agents, servants, employees and/or ostensible agents, undertook the performance of health care services, pharmaceutical care services, and/or care and treatment for Ann Raymer.

**16.**

Defendant CVS Pharmacy, Inc., by and through its employees, servants, agents, and/or ostensible agents, was required to exercise and use the degree of skill and learning ordinarily used by prudent healthcare providers and/or pharmaceutical care providers.

**17.**

On or about July 15, 2021, and continuing multiple dates thereafter, Defendant CVS Pharmacy, Inc., by and through its employees, servants, agents, and/or ostensible agents, was negligent in its care and treatment of Ann Raymer, by acts of omission and/or commission, and such negligence was a substantial factor in causing injuries and bringing about the damages sustained by the Plaintiff.

**18.**

Defendant Kentucky CVS Pharmacy, L.L.C., holds itself out to the public as a provider of health care services, including but not limited to pharmaceutical care, through the pharmacists and pharmacy technicians on its staff, as well as its agents, servants, employees, and ostensible agents.

**19.**

On or about July 15, 2021, and continuing multiple dates thereafter, Defendant Kentucky CVS Pharmacy, L.L.C., by and through its agents, servants, employees and/or ostensible agents,

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000005 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000005 of 000012

undertook the performance of health care services, pharmaceutical care services, and/or care and treatment for Ann Raymer.

**20.**

Defendant Kentucky CVS Pharmacy, L.L.C.., by and through its employees, servants, agents, and/or ostensible agents, was required to exercise and use the degree of skill and learning ordinarily used by prudent healthcare providers and/or pharmaceutical care providers.

**21.**

On or about July 15, 2021, and continuing multiple dates thereafter, Defendant Kentucky CVS Pharmacy, L.L.C., by and through its employees, servants, agents, and/or ostensible agents, was negligent in its care and treatment of Ann Raymer, by acts of omission and/or commission, and such negligence was a substantial factor in causing injuries and bringing about the damages sustained by the Plaintiff.

**22.**

Defendant CVS Health Solutions LLC, holds itself out to the public as a provider of health care services, including but not limited to pharmaceutical care, through the pharmacists and pharmacy technicians on its staff, as well as its agents, servants, employees, and ostensible agents.

**23.**

On or about July 15, 2021, and continuing multiple dates thereafter, Defendant CVS Health Solutions LLC, by and through its agents, servants, employees and/or ostensible agents, undertook the performance of health care services, pharmaceutical care services, and/or care and treatment for Ann Raymer.

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000006 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000006 of 000012

**24.**

Defendant CVS Health Solutions LLC., by and through its employees, servants, agents, and/or ostensible agents, was required to exercise and use the degree of skill and learning ordinarily used by prudent healthcare providers and/or pharmaceutical care providers.

**25.**

On or about July 15, 2021, and continuing multiple dates thereafter, Defendant CVS Health Solutions LLC, by and through its employees, servants, agents, and/or ostensible agents, was negligent in its care and treatment of  Ann Raymer, by acts of omission and/or commission, and such negligence was a substantial factor in causing injuries and bringing about the damages sustained by the Plaintiff.

**26.**

As a direct and proximate result of the negligence and carelessness of Defendants, CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC, jointly and/or severally, Ann Raymer, experienced immense physical and mental pain and suffering, was required to seek and obtain medical care and treatment, was required to expend sums of money for said medical care and treatment, lost wages and earnings, and had her power to labor and earn money impaired. All of these damages will continue in the future.

**27.**

Plaintiff Terry Raymer, as the husband of Ann Raymer, was caused to suffer the loss of love, affection, guidance, counseling, support, and other general husband-wife relationships and will in the future suffer and sustain such damages. As a direct and proximate result of the negligence of all the Defendants, as detailed in the preceding paragraphs, jointly and/or severally,

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000007 of 000021

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000007 of 000012

Terry Raymer has been damaged and, as husband of Ann Raymer, brings this action for loss of consortium compensatory damages.

**28.**

That by reason of the foregoing, the Plaintiffs have been damaged in an amount in excess of any minimum dollar amount necessary to establish jurisdiction in this Court, and the Plaintiffs seek an amount that is fair and reasonable for compensatory damages as shown by the evidence. In addition, Plaintiffs request that the Court assess prejudgment interest against the Defendants, jointly and/or severally, from the date of injury until judgment is paid.

**29.**

At all times mentioned in this Complaint, the Defendants, CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC, were grossly negligent and acted so wantonly in careless disregard and indifference for the safety of the Plaintiffs as to warrant punitive damages being assessed against these Defendants.

**30.**

To the extent that KRS 411.167 is or may be construed as applicable to this case, Plaintiffs hav complied with the requirements of KRS 411.167 (*see* Exhibit A for Certificates of Merit).

**WHEREFORE**, the Plaintiffs, Ann Raymer and Terry Raymer, demand judgment against the Defendants, CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions LLC, jointly and/or severally, as follows:

1. For compensatory damages in an amount that is fair and reasonable as shown by the evidence;
2. For punitive damages in an amount that is to be determined by the jury;
3. For costs herein expended, including a reasonable attorneys' fee;

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000008 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000008 of 000012

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

4. For prejudgment interest from the date of injury until paid;

5. For a trial by jury; and

6. For any and all further relief to which Plaintiffs may appear entitled.

Respectfully submitted,

/s/ Nicholas Craddock
Nicholas Craddock (KBA #96338)
John E. Abaray (KBA #96629)
Patrick J. Smith (KBA #95724)
ABARAY CRADDOCK & SMITH, PLLC
12800 Townepark Way, Ste. 202
Louisville, KY 40243
Main: 502-215-0257
Direct: 502-519-7941
Fax: 502-717-0576
nick@acslawky.com
*Counsel for Plaintiff*

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000009 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000009 of 000012

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

# EXHIBIT A

Presiding Judge: HON. ANN BAILEY SMITH (630350) 5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000010 of 000021

COM : 000010 of 000012

10

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

**CERTIFICATE OF MERIT**

I, Ann Raymer, after having been duly sworn, state as follows:

1. I have, with Counsel, reviewed the facts and issues of this case with an expert who is qualified under the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence to give testimony as to the standard of care, negligence, and causation, and I believe that this expert is knowledgeable in the relevant issues involved in this particular action;

2. After review with a qualified expert, I have concluded based upon review and consultation that there is a reasonable basis to commence this action.

Ann Raymer
Ann Raymer

Date: 7-7-22

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me by Ann Raymer, this 7th day of July, 2022.

[signature] KY NP 19996
Notary Public State At-Large

My commission expires: 12-14-24

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000011 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
COM : 000011 of 000012

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000012 of 000021

Presiding Judge: HON. ANN BAILEY SMITH (630350)

**CERTIFICATE OF MERIT**

I, Terry Raymer, after having been duly sworn, state as follows:

1. I have, with Counsel, reviewed the facts and issues of this case with an expert who is qualified under the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence to give testimony as to the standard of care, negligence, and causation, and I believe that this expert is knowledgeable in the relevant issues involved in this particular action;

2. After review with a qualified expert, I have concluded based upon review and consultation that there is a reasonable basis to commence this action.

Terry Raymer [signature]
Terry Raymer

Date: 7-7-2022

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me by Terry Raymer, this 7th day of July, 2022.

[signature] KYNP 19996
Notary Public State At-Large

My commission expires: 12-14-24

COM : 000012 of 000012

**CERTIFICATE OF MERIT**

I, Ann Raymer, after having been duly sworn, state as follows:

1. I have, with Counsel, reviewed the facts and issues of this case with an expert who is qualified under the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence to give testimony as to the standard of care, negligence, and causation, and I believe that this expert is knowledgeable in the relevant issues involved in this particular action;

2. After review with a qualified expert, I have concluded based upon review and consultation that there is a reasonable basis to commence this action.

Ann Raymer
Ann Raymer

Date: 7-7-22

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me by Ann Raymer, this 7th day of July, 2022.

KY NP 19996
Notary Public State At-Large

My commission expires: 12-14-24

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000013 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
CMER : 000001 of 000002

**CERTIFICATE OF MERIT**

I, Terry Raymer, after having been duly sworn, state as follows:

1. I have, with Counsel, reviewed the facts and issues of this case with an expert who is qualified under the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence to give testimony as to the standard of care, negligence, and causation, and I believe that this expert is knowledgeable in the relevant issues involved in this particular action;

2. After review with a qualified expert, I have concluded based upon review and consultation that there is a reasonable basis to commence this action.

Terry Raymer [signature]
Terry Raymer

Date: 7-7-2022

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me by Terry Raymer, this 7th day of July, 2022.

[signature] KYNP 19996
Notary Public State At-Large

My commission expires: 12-14-24

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000014 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
CMER : 000002 of 000002

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Case No.<br>Court ✔ Circuit ☐ District<br>County Jefferson |
|---|---|---|

**PLAINTIFF**

Ann Raymer
3537 E. Blue Lick Rd.

Louisville Kentucky 40229

**VS.**

**DEFENDANT**

CVS Pharmacy, Inc.
One CVS Dr.

Woonsocket Rhode Island 02895

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main St.
Suite 512
Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ________________________________Clerk

By: ________________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

________________________________________

this _____ day of ________________, 2______.

Served by: ________________________________

________________________________Title

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000015 of 000021

Presiding Judge: HON. ANN BAILEY SMITH (630350)

EXH : 000001 of 000001

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

AOC-105 Doc. Code: CI
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
CR 4.02; CR Official Form 1

**CIVIL SUMMONS**

Case No. ______

Court ✔ Circuit ☐ District

County Jefferson

**PLAINTIFF**

Ann Raymer
3537 E. Blue Lick Rd.

Louisville Kentucky 40229

**VS.**

**DEFENDANT**

Kentucky CVS Pharmacy, L.L.C.
One CVS Dr.

Woonsocket Rhode Island 02895

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main St.
Suite 512
Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ________________________________________Clerk

By: ________________________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

You have finished filling out the form electronically. There may still be fields you or the courts need to fill in by hand. Please press the tab key, double check all information, and then click Print.

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000016 of 000021

Presiding Judge: HON. ANN BAILEY SMITH (630350)

EXH : 000001 of 000001

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

| AOC-105 Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Case No. ______<br>Court ☑ Circuit ☐ District<br>County Jefferson |
|---|---|---|

**PLAINTIFF**

Ann Raymer
3537 E. Blue Lick Rd.

Louisville Kentucky 40229

**VS.**

**DEFENDANT**

CVS Health Solutions LLC
1 CVS Dr.

Woonsocket Rhode Island 02895

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main St., Ste. 512

Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ________________________________________Clerk

By: ________________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

You have finished filling out the form electronically. There may still be fields you or the courts need to fill in by hand. Please press the tab key, double check all information, and then click Print.

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000017 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
EXH : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **22-CI-003455**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 W. MAIN ST.**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is CVS PHARMACY, INC.

The Commonwealth of Kentucky to Defendant:
**CVS PHARMACY, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **7/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001006488
CIRCUIT: 22-CI-003455 Certified Mail
RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL

eFiled

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000018 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **22-CI-003455**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 W. MAIN ST.**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is KENTUCKY CVS PHARMACY, L.L.C.

The Commonwealth of Kentucky to Defendant:
**KENTUCKY CVS PHARMACY, L.L.C.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **7/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001006489
CIRCUIT: 22-CI-003455 Certified Mail
RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL

eFiled

Presiding Judge: HON. ANN BAILEY SMITH (630350)
5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000019 of 000021
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **22-CI-003455**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 W. MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is CVS HEALTH SOLUTIONS LLC

The Commonwealth of Kentucky to Defendant:
**CVS HEALTH SOLUTIONS LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson
Jefferson Circuit Clerk
Date: **7/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001006490
CIRCUIT: 22-CI-003455 Certified Mail
RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL

eFiled

5EA9911C-471D-4E32-B3FD-AAAA2ABB46E6 : 000020 of 000021
Presiding Judge: HON. ANN BAILEY SMITH (630350)
CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice Courts.ky.gov

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
08/03/2022 03:58:19 PM
90770

Case #: **22-CI-003455**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 W. MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is CVS HEALTH SOLUTIONS LLC

The Commonwealth of Kentucky to Defendant:
**CVS HEALTH SOLUTIONS LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson
Jefferson Circuit Clerk
Date: **7/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001006435
CIRCUIT: 22-CI-003455 Certified Mail
RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL

eFiled

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CI : 000001 of 000001

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
08/03/2022 03:35:07 PM
90770

Case #: **22-CI-003455**

Court: **CIRCUIT**

County: **JEFFERSON Circuit**

# CIVIL SUMMONS

*Plantiff,* **RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 W. MAIN ST.**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is CVS PHARMACY, INC.

The Commonwealth of Kentucky to Defendant:
**CVS PHARMACY, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Jefferson Circuit Clerk
Date: **7/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00001006433
CIRCUIT: 22-CI-003455 Certified Mail
RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL

eFiled

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CI : 000001 of 000001



AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

NOT ORIGINAL DOCUMENT
08/03/2022 03:35:31 AM
90770

Case #: **22-CI-003455**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **RAYMER, ANN ET AL VS. CVS PHARMACY, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
**306 W. MAIN ST.**
**SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is KENTUCKY CVS PHARMACY, L.L.C.

The Commonwealth of Kentucky to Defendant:
**KENTUCKY CVS PHARMACY, L.L.C.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson
Jefferson Circuit Clerk
Date: **7/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

eFiled

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CI : 000001 of 000001

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
08/03/2022 10:00:16 AM
90779

AOC-105 Doc. Code: CI
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
CR 4.02; CR Official Form 1

**CIVIL SUMMONS**

Case No.

Court ✔ Circuit ☐ District

County Jefferson

**PLAINTIFF**

Ann Raymer
3537 E. Blue Lick Rd.

Louisville Kentucky 40229

**VS.**

**DEFENDANT**

CVS Health Solutions LLC
1 CVS Dr.

Woonsocket Rhode Island 02895

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main St., Ste. 512

Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ________________________________________Clerk

By: ____________________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

You have finished filling out the form electronically. There may still be fields you or the courts need to fill in by hand. Please press the tab key, double check all information, and then click Print.

Presiding Judge: HON. ANN BAILEY SMITH (630350)

EXH : 000001 of 000001

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
08/03/2022 09:56:45 AM
90779

AOC-105 Doc. Code: CI
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
CR 4.02; CR Official Form 1

**CIVIL SUMMONS**

Case No.
Court ✔ Circuit ☐ District
County Jefferson

**PLAINTIFF**

Ann Raymer
3537 E. Blue Lick Rd.

Louisville Kentucky 40229

**VS.**

**DEFENDANT**

CVS Pharmacy, Inc.
One CVS Dr.

Woonsocket Rhode Island 02895

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main St.
Suite 512
Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ________________________________________Clerk

By: ________________________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

________________________________________

this _____ day of ________________, 2______.

Served by: ________________________________________

________________________________________Title

Presiding Judge: HON. ANN BAILEY SMITH (630350)
EXH : 000001 of 000001

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
08/03/2022 09:57:47 AM
90779

AOC-105 Doc. Code: CI
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
CR 4.02; CR Official Form 1

**CIVIL SUMMONS**

Case No.

Court ☑ Circuit ☐ District

County Jefferson

**PLAINTIFF**

Ann Raymer
3537 E. Blue Lick Rd.

Louisville Kentucky 40229

**VS.**

**DEFENDANT**

Kentucky CVS Pharmacy, L.L.C.
One CVS Dr.

Woonsocket Rhode Island 02895

**Service of Process Agent for Defendant:**
CT Corporation System
306 W. Main St.
Suite 512
Frankfort Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____________________, 2______ ________________________________________Clerk

By: ________________________________ D.C.

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

You have finished filling out the form electronically. There may still be fields you or the courts need to fill in by hand. Please press the tab key, double check all information, and then click Print.

Presiding Judge: HON. ANN BAILEY SMITH (630350)
EXH : 000001 of 000001

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
08/03/2022 10:01:14 AM
90779

# CERTIFICATE OF MERIT

I, Ann Raymer, after having been duly sworn, state as follows:

1. I have, with Counsel, reviewed the facts and issues of this case with an expert who is qualified under the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence to give testimony as to the standard of care, negligence, and causation, and I believe that this expert is knowledgeable in the relevant issues involved in this particular action;

2. After review with a qualified expert, I have concluded based upon review and consultation that there is a reasonable basis to commence this action.

Ann Raymer
Ann Raymer

Date: 7-7-22

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me by Ann Raymer, this 7th day of July, 2022.

KY NP 19996
Notary Public State At-Large

My commission expires: 12-14-24

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CMER : 000001 of 000002

Filed 22-CI-003455 07/08/2022 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/03/2022 10:01:14 AM
90779

**CERTIFICATE OF MERIT**

I, Terry Raymer, after having been duly sworn, state as follows:

1. I have, with Counsel, reviewed the facts and issues of this case with an expert who is qualified under the Kentucky Rules of Civil Procedure and the Kentucky Rules of Evidence to give testimony as to the standard of care, negligence, and causation, and I believe that this expert is knowledgeable in the relevant issues involved in this particular action;

2. After review with a qualified expert, I have concluded based upon review and consultation that there is a reasonable basis to commence this action.

Terry Raymer
Terry Raymer
Date: 7-7-2022

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF Jefferson )

Subscribed and sworn to before me by Terry Raymer, this 7th day of July, 2022.

[signature] KYNP 19996
Notary Public State At-Large

My commission expires: 12-14-24

Presiding Judge: HON. ANN BAILEY SMITH (630350)
CMER : 000002 of 000002

Filed 22-CI-003455 07/18/2022 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
08/03/2022 10:03:43 AM
90779

Date Produced: 07/18/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8382 0608 74. Our records indicate that this item was delivered on 07/14/2022 at 08:09 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Delivery Section
Signature X
Printed Name Amy Warford

Address of Recipient :

Delivery Address

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

AOS : 000001 of 000001

Customer Reference Number: C3542944.20862808

Filed 22-CI-003455 07/18/2022 David L. Nicholson, Jefferson Circuit Clerk

Filed 22-CI-003455 07/18/2022 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
08/03/2022 10:04:13 AM
90779

Date Produced: 07/18/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8382 0608 98. Our records indicate that this item was delivered on 07/14/2022 at 08:09 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Delivery Section
Signature X
Printed Name Amy Warford

Address of Recipient :

Delivery Address

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

AOS : 000001 of 000001

Customer Reference Number: C3542944.20862809

Filed 22-CI-003455 07/18/2022 David L. Nicholson, Jefferson Circuit Clerk

Filed 22-CI-003455 07/18/2022 David L. Nicholson, Jefferson Circuit Clerk

UNITED STATES POSTAL SERVICE

NOT ORIGINAL DOCUMENT
08/03/2022 10:02:51 AM
90779

Date Produced: 07/18/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8382 0608 50. Our records indicate that this item was delivered on 07/14/2022 at 08:09 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Delivery Section
Signature X
Printed Name Amy Warford

Address of Recipient :

Delivery Address

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

AOS : 000001 of 000001

Customer Reference Number: C3542944.20862807

Filed 22-CI-003455 07/18/2022 David L. Nicholson, Jefferson Circuit Clerk

CASE NO. 22-CI-003455

JEFFERSON CIRCUIT COURT
DIVISON THIRTEEN (13)
HON. ANN BAILEY SMITH

ANN RAYMER
TERRY RAYMER

PLAINTIFF

v.

CVS PHARMACY, INC.,
CVS HEALTH SOLUTIONS, LLC, AND
KENTUCKY CVS PHARMACY, LLC

DEFENDANTS

**MOTION FOR A MORE DEFINITE STATEMENT AND ASSERTION OF AFFIRMATIVE DEFENSES**

Pursuant to Rule 12.05 of the Kentucky Rules of Civil Procedure, Defendants CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC ("Defendants")[1], respectfully moves this Court for an order requiring Plaintiffs Ann Raymer and Terry Raymer to produce a more definite statement of their demand for punitive damages in this matter. A memorandum supporting such motion, as well as a proposed order, have been submitted conjointly with this motion.

Moreover, pursuant to Rule 8.03 of the Kentucky Rules of Civil Procedure, Defendants take this opportunity to assert all applicable affirmative defenses regarding this action. The following memorandum will also include language as such.

---

[1] Kentucky CVS Pharmacy, LLC is the only correct Defendant in this matter based on Plaintiffs' allegations. Named Defendants CVS Pharmacy, Inc. and CVS 6940 KY, LLC were improperly sued.

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000001 of 000009
MMDS : 000001 of 000002

Filed 22-CI-003455 08/03/2022 David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

**REMINGER CO., L.P.A.**

/s/ Robert A. Ott
Robert A. Ott, Esq. #91927
730 West Main Street, Suite 300
Louisville, KY 40202
(502) 584-1310 - Telephone
(502) 589-5436 - Facsimile
rott@reminger.com
***Counsel for Defendants, CVS, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was filed electronically on August 3, 2022 and a notice of electronic filing will be sent to all counsel of record and a copy will be sent via electronic mail to:

Nicholas Craddock
John E. Abaray
Patrick J. Smith
**ABARAY, CRADDOCK, & SMITH, PLLC**
12800 Townepark Way, Ste. 202
Louisville, KY 40243
Main: 502-215-0257
Fax: 502-717-0576
***Counsel for Plaintiff***

/s/ Robert A. Ott
Robert A. Ott, Esq.

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000002 of 000009
MMDS : 000002 of 000002

CASE NO. 22-CI-003455

JEFFERSON CIRCUIT COURT
DIVISON THIRTEEN (13)
HON. ANN BAILEY SMITH

ANN RAYMER
TERRY RAYMER

PLAINTIFF

v.

CVS PHARMACY, INC.,
CVS HEALTH SOLUTIONS, LLC, AND
KENTUCKY CVS PHARMACY, LLC

DEFENDANTS

**MEMORANDUM IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT AND AFFIRMATIVE DEFENSES**

Pursuant to Rule 12.05 of the Kentucky Rules of Civil Procedure, Defendants CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC (hereinafter known as "Defendants")[1], by and through undersigned counsel, submits this memorandum in support of their Motion for a More Definite Statement and assertion of affirmative defenses and respectfully states as follows:

**STATEMENT OF THE FACTS**

This action arises when the Plaintiff was allegedly unable to receive her prescription medication from the Defendants after having had operative surgery on her right eye. *See, generally*, Pls.' Compl. On or about July 14, 2021, the Plaintiff underwent a vitrectomy procedure on her right eye. Pls.' Compl. ¶ 6. The following day, July 15, 2021, the Plaintiff was prescribed Maxitrol eye drops to treat her eye post-surgery. Pls.' Compl. ¶ 7. Plaintiff alleges that she made multiple attempts to have her prescription filled, but that the Defendants "carelessly delayed in filling [the]

[1] Kentucky CVS Pharmacy, LLC is the only correct Defendant in this matter based on Plaintiffs' allegations. Named Defendants CVS Pharmacy, Inc. and CVS 6940 KY, LLC were improperly sued.

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000003 of 000009
MEM : 000001 of 000006

prescription as requested." Pls.' Compl. ¶ 9. The Plaintiff received her medication from the Defendants just two days later on July 17, 2021. Pls.' Compl. ¶ 10. The Plaintiffs claim that, during the time that she was not able to receive her prescription medication, she had started to experience aching, worsening pain, and decreased vision in her right eye. Pls.' Compl. ¶ 11. The Plaintiff, after experiencing the worsening symptoms, met with her physician and received follow-up treatment for acute purulent endophthalmitis in the injured eye. Pls.' Compl. ¶ 12. Ultimately, the physicians treating the Plaintiff's condition were unable to resolve the issue and the Plaintiff's right eye was removed on December 28, 2021. Pls.' Compl. ¶ 13.

As a result of this incident, the Plaintiffs bring claims of improper care and treatment against the Defendants for their alleged negligence in not making the Plaintiff's medication immediately available to her. *See, generally*, Pls.' Compl. The Plaintiffs thereby demand compensation for physical and mental pain and suffering, medical care and treatment, past and future medical expenses, lost wages, impairment on future earning capacity, and loss of spousal consortium. Pls.' Compl. ¶ 26-27. The Plaintiffs, in their Complaint, also make quick mention of their supposed right to recover punitive damages. Pls.' Compl. ¶ 29. It is this claim for punitive damages that leads the Defendants to file this Motion for a More Definite Statement, as the claim is only made in passing and does not allow for the Defendants to appropriately frame a responsive pleading.

## ARGUMENT

### I. The Defendant's Motion for a More Definite Statement is Appropriate Due to the Vagueness of the Plaintiff's Claim for Punitive Damages.

According to Ky. CR Rule 12.05, a Motion for a More Definite Statement is found to be appropriate when:

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000004 of 000009
MEM : 000002 of 000006

> [A] pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading, he may move for a more definite statement before interposing his responsive pleading.

A movant party, in filing a Motion for a More Definite Statement, is able to better understand and assess the nature of the claim(s) or defense(s) being made against them if granted, allowing them to frame an appropriate responsive pleading that best suits their client's interests. *Reisert v. Apple Valley Resort, Inc.*, 551 S.W.2d 256, 258 (Ky. Ct. App. 1977).

While the threshold imposed by Rule 8.01 of the Kentucky Rules of Civil Procedure merely requires the plaintiff in an action to provide a "short and plain statement of the claim", this does not entitle the plaintiff to forgo the inclusion of any evidence supporting such claims. *Johnson v. Coleman*, 288 S.W.2d 348, 349 (Ky. Ct. App. 1956). As stated by the Kentucky Court of Appeals, this low threshold does not eliminate "the necessity of stating the elements of a cause of action or defense." *Id.* In short, while a party is not required to provide extensive detail as to any claim(s) being brought, they are required to provide enough information so as to give the opposing party fair notice of the claim and to allow the defendant to identify such claim. *Consol of Ky., Inc. v. Sparkman*, 2017 Ky. App. Unpub. LEXIS 473, 13 (Ky. Ct. App. 2017). Therefore, when a party fails to sufficiently plead any claim they have chosen to pursue, the other party's Motion for More Definite Statement is appropriate so as to better understand the assertions being made against them, as is the situation in the case at bar.

If granted, the party that filed the original, ambiguous pleading is given ten (10) days to amend the claim so as to define the cause of action more clearly, allowing the opposing party to prepare their response. Ky. CR Rule 12.05. If that party fails to do so, the court is permitted in striking the pleading in its entirety. *Id.*

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000005 of 000009

MEM : 000003 of 000006

Filed 22-CI-003455 08/03/2022 David L. Nicholson, Jefferson Circuit Clerk

In the instant matter, the Plaintiffs' claims seeking punitive damages are vague and ambiguous, preventing the Defendants from being able to appropriately frame a pleading in response. Within their Complaint, the Plaintiffs make only a passing mention of punitive damages, stating as follows:

> At all times mentioned in this Complaint, the Defendants, CVS Pharmacy, Inc., Kentucky CVS Pharmacy, L.L.C., and CVS Health Solutions, L.L.C., were grossly negligent and acted so wantonly in careless disregard and indifference for the safety of the Plaintiff as to warrant punitive damages being assessed against these Defendants.

Pls.' Compl. ¶ 29.

The Supreme Court of Kentucky recognizes two elements that must be assessed in order for the complainant to receive an award of punitive damages:

1) The nature and extent of the harm to the plaintiff; and

2) The character of the defendant's act.

*Fowler v. Mantooth*, 683 S.W.2d 250, 253 (Ky. 1984).

As previously noted, the Plaintiffs' Complaint is required to include a "short and plain" statement of the claims brought against the Defendants, give the opposing party fair notice allowing them to identify the claim, and not obviating the elements of the claims included therein. *Johnson*, 288 S.W.2d at 349.

Apparent from the Plaintiffs' only passing mention of the claims, the Plaintiffs have failed to produce a sufficient claim for punitive damages in their Complaint. While the Plaintiffs quickly mention their belief that the Defendants acted wantonly and with disregard for the Plaintiff's safety, they make no specific mention, regarding the punitive damages claim, which of the Defendants' alleged acts are being referred to in giving rise to these punitive damages claims. Pls.' Compl. ¶ 29. Moreover, the Plaintiff fails to make mention of the nature and extent of the specific

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000006 of 000009
MEM : 000004 of 000006

harm giving rise to this claim for punitive damages, one of the two elements to be proven when asserting claims of such damages. *Fowler*, 683 S.W.2d at 253. Therefore, while the Plaintiff has made mention of such claim for punitive damages, it can hardly be contended that the Defendants have been provided fair notice so as to be able to produce their responsive pleading due to the only brief mention of the claim and vagueness of such demand.

The Plaintiffs' claim for punitive damages is undoubtedly ambiguous, as it fails to state the specific acts giving rise to such claims, fails to make mention of how the elements permitting the awarding of punitive damages may be satisfied, and does not allow for the Defendants to properly construct their responsive pleading. Therefore, the granting of the Defendants' Motion for a More Definite Statement in this matter is appropriate.

**II. Affirmative Defenses**

Pursuant to Rule 8 of the Kentucky Rules of Civil Procedure, Plaintiffs' claims may be barred by one or more or all of the affirmative defenses of failure to state a claim, statute of limitations, assumption of risk, contributory negligence, and any other matter constituting avoidance or affirmative defense, as discovery may reveal, pursuant to Kentucky Civil Rule 8.03. Defendants reserve the right to assert additional affirmative defenses as may be found applicable during the course of discovery.

**CONCLUSION**

As the Plaintiffs' Complaint is ambiguous regarding the punitive damages sought in this matter, Defendant Kentucky CVS Pharmacy, LLC, cannot reasonably respond to the Plaintiffs' claims at this juncture. Thus, a more definite statement is necessary. Moreover, the Defendants in this action have reserved the right to assert additional affirmative defenses that may present during the course of discovery.

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000007 of 000009

MEM : 000005 of 000006

Filed 22-CI-003455 08/03/2022 David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

**REMINGER CO., L.P.A.**

/s/ Robert A. Ott
Robert A. Ott, Esq. #91927
730 West Main Street, Suite 300
Louisville, KY 40202
(502) 584-1310 - Telephone
(502) 589-5436 - Facsimile
rott@reminger.com
***Counsel for Defendants, CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC***

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000008 of 000009

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was filed electronically on August 3, 2022 and a notice of electronic filing will be sent to all counsel of record and a copy will be sent via electronic mail to:

Nicholas Craddock
John E. Abaray
Patrick J. Smith
**ABARAY, CRADDOCK, & SMITH, PLLC**
12800 Townepark Way, Ste. 202
Louisville, KY 40243
***Counsel for Plaintiff***

/s/ Robert A. Ott
Robert A. Ott, Esq.

MEM : 000006 of 000006

Tendered 22-CI-003455 08/03/2022 David L. Nicholson, Jefferson Circuit Clerk

AFC086F2-982B-4EFA-8DA5-56F5820E5880 : 000009 of 000009

CASE NO. 22-CI-003455

JEFFERSON CIRCUIT COURT
DIVISON THIRTEEN (13)
HON. ANN BAILEY SMITH

ANN RAYMER
TERRY RAYMER

PLAINTIFF

v.

CVS PHARMACY, INC.,
CVS HEALTH SOLUTIONS, LLC, AND
KENTUCKY CVS PHARMACY, LLC

DEFENDANTS

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT**

This matter is before the Court on Motion for a More Definite Statement by Defendants CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC ("Defendants")[1]. Upon considering all evidence properly submitted and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendants' Motion for a More Definite Statement pursuant to Rule 12 of the Kentucky Rules of Civil Procedure is **GRANTED**.

This is a final and appealable order, there being no just cause for delay.

____________________________________
JUDGE, JEFFERSON CIRCUIT COURT

____________________________________
DATE

[1] Kentucky CVS Pharmacy, LLC is the only correct Defendant in this matter based on Plaintiffs' allegations. Named Defendants CVS Pharmacy, Inc. and CVS 6940 KY, LLC were improperly sued.

TD : 000001 of 000001

Tendered 22-CI-003455 08/03/2022 David L. Nicholson, Jefferson Circuit Clerk