UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.: 3:22-cv-00399-RGJ

| | |
|---|---|
| ANN RAYMER<br>TERRY RAYMER<br><br>　　Plaintiffs,<br><br>v.<br><br><br>CVS PHARMACY, INC.<br>CVS HEALTH SOLUTIONS, LLC, AND<br>KENTUCKY CVS PHARMACY, LLC<br><br>　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Comes now the Defendants, CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC ("Defendants")[1], and Plaintiffs Ann and Terry Raymer, by and through their respective undersigned counsel, and for their Joint Status Report state as follows:

1. The parties, by agreement, have decided to attempt to resolve the case through the mediation process. Discovery has been proceeding informally, so that the parties can be in position to evaluate the case in an attempt to come to a resolution at mediation.

2. Mediation is scheduled for March 24, 2023, with Robert Duncan.

3. Plaintiffs filed a Complaint in Jefferson Circuit Court. Defendants filed a Motion for a More Definite Statement, which Plaintiffs responded to. Those are provided to the Court as Exhibits A-C.

---

[1] Kentucky CVS Pharmacy, LLC is the only correct Defendant in this matter based on Plaintiffs' allegations. Named Defendants CVS Pharmacy, Inc. and CVS Health Solutions, LLC were improperly sued.

| | |
|---|---|
| /s/ Nicholas Craddock | /s/ Robert A. Ott_____ |
| Nicholas Craddock (KBA #96338) | Robert A. Ott, Esq. |
| John E. Abaray (KBA #96629) | REMINGER CO., L.P.A. |
| Patrick J. Smith (KBA #95724) | 730 West Main Street, Suite 300 |
| ABARAY CRADDOCK & SMITH, PLLC | Louisville, KY 40202 |
| 12800 Townepark Way, Ste. 202 | Telephone: (502) 584-1310 |
| Louisville, KY 40243 | Facsimile: (502) 589-5436 |
| Main: 502-215-0257 | Email: rott@reminger.com |
| Direct: 502-519-7941 | ***Counsel for CVS Pharmacy, Inc., CVS*** |
| Fax: 502-717-0576 | ***Health Solutions, LLC, and Kentucky CVS*** |
| nick@acslawky.com | ***Pharmacy, LLC*** |
| ***Counsel for Plaintiffs*** | |