**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| ANN RAYMER & <br> TERRY RAYMER | PLAINTIFFS |
| v. | Civil Action No. 3:22-cv-00399-RGJ |
| KENTUCKY CVS PHARMACY, LLC, *et al.* | DEFENDANTS |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having agreed, and the Court being otherwise sufficiently advised, it is hereby ORDERED that all claims against Defendants, CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC are hereby dismissed in their entirety with prejudice, with each party to bear their respective costs. This agreement resolves all claims remaining at issue in this case against these Defendants.

TENDERED BY:

| | |
|---|---|
| /s/ Nicholas Craddock | /s/Robert A. Ott |
| Nicholas Craddock | Robert A. Ott, Esq. |
| John E. Abaray | Reminger co.,LPA |
| Patrick J. Smith | 730 W. Main St., Suite 300 |
| **ABARAY, CRADDOCK, & SMITH, PLLC** | Louisville, KY 40202 |
| 12800 Townepark Way, Ste. 202 | Telephone: 502-584-1310 |
| Louisville, KY 40243 | Fax: 502-589-5436 |
| nick@acslawky.com | rott@reminger.com |
| ***Counsel for Plaintiffs*** | ***Counsel for Defendants*** |

cc:  Counsel of Record