# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| ANN RAYMER & <br> TERRY RAYMER | PLAINTIFFS |
| v. | Civil Action No. 3:22-cv-00399-RGJ |
| KENTUCKY CVS PHARMACY, LLC, *et al.* | DEFENDANTS |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having agreed, and the Court being otherwise sufficiently advised, it is hereby ORDERED that all claims against Defendants, CVS Pharmacy, Inc., CVS Health Solutions, LLC, and Kentucky CVS Pharmacy, LLC are hereby dismissed in their entirety with prejudice, with each party to bear their respective costs. This agreement resolves all claims remaining at issue in this case against these Defendants.

December 15, 2023

*Rebecca Grady Jennings, District Judge*
*United States District Court*

TENDERED BY:

/s/ Nicholas Craddock
Nicholas Craddock
John E. Abaray
Patrick J. Smith
**ABARAY, CRADDOCK, & SMITH, PLLC**
12800 Townepark Way, Ste. 202
Louisville, KY 40243
nick@acslawky.com
***Counsel for Plaintiffs***

/s/Robert A. Ott
Robert A. Ott, Esq.
Reminger co.,LPA
730 W. Main St., Suite 300
Louisville, KY 40202
Telephone: 502-584-1310
Fax: 502-589-5436
rott@reminger.com
***Counsel for Defendants***

cc: Counsel of Record